# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Janie L. Kinsey
and Husband
C.H. Kinsey
  Plaintiff(s),

v.

C. Lance Gould and
Citifinancial, associates, transouth King
  Defendant(s).    error ↑

RECEIVED
2005 JUL -7  9:38
DEBRA P. HA[...]
U.S. DISTRICT [...]

CIVIL ACTION NO.
2:05CV636-X
F

**DEMAND FOR JURY TRIAL**

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 420 County Rd 250 Headland, Alabama 36345  334-985-3413

2. Name and address of defendant(s): Citifinancial 2407 Montgomery Hwy Dothan, Alabama 36303.

   C. Lance Gould P.O. Box 4160 Montgomery, Alabama 36103-4160

see attachment #3 →
3. Place of alleged violation of civil rights: Montgomery, Alabama at Beasley Law firm, Dothan, Alabama - Citifinancial

#3 → 4. #6 Date of alleged violation of civil rights: March 25, 2005   December 3, 2004   June 4, 2005

5. State the facts on which you base your allegation that your constitutional rights have been violated: I, Janie Kinsey and Husband C.H. Kinsey refused opposed the settlement Citifinancial offer. We prefer to go to court. Mr. Lance Gould refuse to let us have a fair trial. Citifinancial, associates, transouth damage as a result of alleges wrongdoing to the loans we had with them.

1

6.  Relief requested: _____

_____

_____

_____

_____

_____

_____

_____

Date: 7-4-05                           _____
                                       C. R. Kinsey
                                       **Plaintiff(s) Signature**

Witnessed My Hand + Seal        7-4-05

_Kay Whitehead_
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 1, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

Relief requested — Double damages see Daniel v. Vaccaro 41 Ark. 329

Page ①

(1) Negligence = $100,000.00 Double damage RECEIVED

(2) Fraud = $100,000.00 Double damages

2005 JUL -7 A 9:38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

(3) Trespass 300,000.00 Double damage

Exemplary damages - see Springer v. Fuel Co., 186 Pa. St. 154, 46 A. 370

(1) Property loss $100,000.00 = time off work, filing fee etc —

(2) Oppression = $100,000.00 see Baker v. Peck 1 Cal. App 2nd 231, 36 P.2d 406 404

(3) Malice = $200,000.00 See Dunn v. Hall 1 Ind. 344

(4) Fraud = $150,000.00 = see Goldstein v. Equitable Life Assur. Soc. of U.S., 160 misc. 364, 289 N.Y.S. 1064, 1067.

(5) Fraud = $150,000.00 see Johnson v. McDonald, 170 Okl. 117, 39 P. 2d 150.

(6) Fraud actual = $100,000.00

(7) ~~Fraud Constructive~~ error JKing

(8) Wanton act $200,000.00 = See Ziman v. Whitley, 110 Conn. 108, 147A 370 372.

(9) Wanton Injury = $275,000.00 See Duke v. Games 224 Ala 519 140 So. 600, 601.

(10) Wanton Negligence = $175,000.00 see Craig v. Stagner, 159 Tenn. 511, 19 S.W. 2d 234, 236

Continue from page one

Relief requested = Double damage see Daniel V. Vaccaro 41 Ark. 329

(11) Mental anguish = $400,000.00 see Railway Co. V. Miller, 25 Tex. Civ. App. 460, 61 S.W. 978.

(12) Confidentiality = $600,000.00
Citifinancial has loss over Identity social Security number date of birth. all of our life we worried about who may use social security number in future or maybe after expiration of life.

13 Discrimination = $100,000.00

we are willing to except what the Court award us Shave we appreciated in advance  have a bless day

Respectfully yours

Jim Finney

C. H. Kimsey

June 10, 2005

RECEIVED
2005 JUN 13 P 1:33

United State District Court Clerk
One Church Street.
Montgomerey, Alabama 36104

RECEIVED 2005 JUL -7

Dear Madam,

I Janie Kinsey would like to file a Complaint in this office: Citi financial And my Attorney C. Lance Gould.

Details:

Mr. Gould was hired by me (Janie Kinsey) & Husband C.H. Kinsey) to investigate whether a lawsuit can brought against Citifinance. August 5, 2004 he sent papers to us to sign to make a settlement with Citifinance. My husband and I oppose the settlement see Attachments #1 August is when I realize this a Law Suit, when they agree to make a settlement. he alisted to us very knowleable a law suit. Mr. Gould stated we have option take the settlement or proceed this case in court. We explain to him we prefer a case in this situation to the Judge and Jury. So he dismiss Himself from our case see Attachment #2

Money Order enclose 250.⁰⁰ Your assitance are highly appreciated by us. Thank you, Thank you, have a bless DAY.

Respectful Yours
C.H. + Janie Kinsey

*[signature]*
C. H. Kinsey