Attachment (1)

Statement of Rejection

Kinsey vs Citigroup    Mr & Mrs C. H. Kinsey
August 17, 2004          Rt 2 Box 284
Attorney At Law          Headland, Al 36345
C. Lance Gould
Post Office 4160
Montgomery, Ala 36103

RECEIVED 2005 JUL -7  9:38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

Re: Settlement with Citigroup

Dear Mr. Gould regarding this settlement enclosed Mr. C.H. Kinsey and I refuse to sign these settlement papers. We will not give up our rights to a trial against Citifinancial. We are seeking monetary damages as a result of alleged wrong-doing related to our loans. Due to facts this is our rejection. This litigation will proceed in the tort system. The truth must be reveal. By signing these statement would darken the truth. Whatever the judge award will be exceptable.

Respectfully
Yours Mrs Jean Kinsey