# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | *Attorneys at Law* | LARRY A. GOLSTON, JR. ▼≡ | ▼ ALSO ADMITTED IN ARIZONA |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | JOSEPH H. AUGHTMAN | 218 COMMERCE STREET | C. MICHAEL ANDREWS | ◊ ALSO ADMITTED IN ARKANSAS |
| J. GREG ALLEN | DANA G. TAUNTON | POST OFFICE BOX 4160 | MELISSA A. PRICKETT | ∇ ALSO ADMITTED IN FLORIDA |
| MICHAEL J. CROW | J. MARK ENGLEHART ♦ | MONTGOMERY, ALABAMA | JOHN E. TOMLINSON | ▲ ALSO ADMITTED IN GEORGIA |
| THOMAS J. METHVIN | CLINTON C. CARTER ⋄·· | 36103-4160 | KIMBERLY R. WARD ▲ | ∈ ALSO ADMITTED IN MINNESOTA |
| J. COLE PORTIS | BENJAMIN E. BAKER, JR. ▲≡•◊ | (334) 269-2343 | NAMAN WARD, JR. · | * ALSO ADMITTED IN MISSISSIPPI |
| W. DANIEL MILES, III | DAVID B. BYRNE, III | | WESLEY CHADWICK COOK | ● ALSO ADMITTED IN NEW YORK |
| R. GRAHAM ESDALE, JR. | TED G. MEADOWS ·♦≡· | TOLL FREE | | μ ALSO ADMITTED IN OHIO |
| JULIA ANNE BEASLEY | GERALD B. TAYLOR, JR. ▼·♦· | (800) 898-2034 | | ● ALSO ADMITTED IN OKLAHOMA |
| RHON E. JONES | FRANK WOODSON | | | ≡ ALSO ADMITTED IN SOUTH CAROLINA |
| LABARRON N. BOONE | KENDALL C. DUNSON ▲ | TELECOPIER | | † ALSO ADMITTED IN TENNESSEE |
| ANDY D. BIRCHFIELD, JR. | J. PAUL SIZEMORE ▲· | (334) 954-7555 | | ♯ ALSO ADMITTED IN TEXAS |
| RICHARD D. MORRISON · | SCARLETTE M. TULEY | | | Σ ALSO ADMITTED IN WASHINGTON, D.C. |
| C. GIBSON VANCE | CHRISTOPHER E. SANSPREE · | | | ∀ ALSO ADMITTED IN WEST VIRGINIA |
| J. P. SAWYER ·♭ | ROMAN ASHLEY SHAUL ◊·≡∇ | BEASLEYALLEN.COM | | JAMES W. TRAEGER |
| C. LANCE GOULD | W. ROGER SMITH, III †▼≡·∇ | | | 1953-1987 |
| | | | | RONALD AUSTIN CANTY |
| | | | | 1963-2004 |

March 25, 2005

Ms. Janie Kinsey
420 County Road 250
Headland, Alabama 36345

Re:   *Associates/Citifinancial/Commerical Credit/Kentucky Finance/Transouth Financial*

Dear Ms. Kinsey:

On several occasions we have advised you that we believe the settlement offer made by the above referenced companies is fair and in your best interest. We recommended that you accept the settlement offer. However, you have failed to follow our advice and accept the settlement offer. As such, our law firm in conjunction with the *Hamilton, Sexton & Berry* law firm will be unable to assist you with this claim.

Although we will be unable to assist you with this claim, you should not take this as an indication that you do not have a case nor that some other lawyer will not be willing to take this case. If you wish to pursue your claim further, I would suggest that you contact another attorney immediately to discuss your claims.

You should be aware that the law places a time limit in which claims must be filed. A claim that is not filed within that time period may be barred forever. For that reason, you should contact another attorney immediately if you wish to pursue your claim further. I have enclosed all the documents you provided to this office during our initial investigation of this case.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

*Lance Gould*
C. Lance Gould

CLG/oth
Enclosures
cc:   Hamilton, Sexton & Berry