

**Disbursement Schedule for Matter ID 200100126430**
Re: KINSEY v. Citigroup

| | |
|---|---:|
| Amount of Settlement | $ 10,259.11 |
| Less Expenses (Shared on a Pro-rata Basis 0.0484%) | $ 169.25 |
| Net | $ 10,089.86 |
| Less Attorney's Fee (50.00% to be divided amongst attorneys by agreement) | $ 5,044.93 |
| Amount to be Disbursed | **$ 5,044.93** |

To:

JANIE KINSEY and C.H. KINSEY                                          $ 5,044.93

  I, the undersigned, have read the foregoing disbursement schedule or had it read to me and fully understand it. I acknowledge that my attorneys handled my claim satisfactorily. I further acknowledge that the above disbursements were made pursuant to the agreement with my attorneys. I acknowledge that I have been informed that income tax on part or all of the settlement funds may have to be paid and that I should contact an accountant or tax lawyer of my choice for advice regarding this matter. Beasley, Allen, et al has made no representation nor given any advice relating to taxes other than as stated above. I also acknowledge that Beasley, Allen, et al has made no representation nor given any advice on the effect this settlement will have on any government benefit including, but not limited to, Social Security, Social Security Disability, SSI, Medicare, Medicaid, or Welfare benefits. I understand the sole responsibility for reporting this settlement to the respective agencies is mine. I represent to my attorneys that I am not in any bankruptcy proceeding and that none of these settlement proceeds are subject to any bankruptcy proceeding. Further, I represent that these settlement proceeds are not subject to any medical, legal or other lien.

Dated: _____ day of _____, 2004

_____
**Janie Kinsey**
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
Route 2 Box 284
Headland, AL 36345

  Sworn to and subscribed before me this the _____ day of _____, 2004.

_____
NOTARY PUBLIC
My Commission Expires: _____

Dated: _____ day of _____, 2004

_____
**C.H. Kinsey**
Route 2 Box 284
Headland, AL 36345

    Sworn to and subscribed before me this the _____ day of _____, 2004.


           _____
           NOTARY PUBLIC
           My Commission Expires: _____