IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANIE L. KINSEY, ET AL., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cv636-F |
| | ) | |
| C. LANCE GOULD, ET AL., | ) | |
| | ) | |
|     Defendants. | ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta Penn McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 12th day of July, 2005.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE