**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 13, 2005

# NOTICE OF CORRECTION

**To:** Counsel of Record

**From:** Clerk's Office

**Case Style**       Janie L. Kinsey, et al. vs. C. Lance Gould, et al.
Civil Action No.  2:05cv636

**Referenced Pleading:**   Order
Document #3

**This Notice of Correction filed in the above referenced case to attach correct pdf.**