IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY and C.H. KINSEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 2:05CV 636-F |
| | ) |
| C. LANCE GOULD, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COME NOW the undersigned counsel and hereby enter their appearance as counsel of record for Defendant C. Lance Gould.  Counsel request that they be served with all correspondence, orders and pleadings.

/s/ R. Austin Huffaker, Jr.
    Bar Number: (ASB-3422-F55R)
Robert C. ("Mike") Brock
    Bar Number:  (ASB-5280-B61R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:	rah2@rsjg.com
              rcb@rsjg.com

Attorneys for Defendant
C. LANCE GOULD

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have served a copy of the foregoing upon:

Janie L. Kinsey
C.H. Kinsey
420 County Road 250
Headland, AL 36345

by placing same in the United States Mail, postage prepaid and properly addressed on this the 22nd day of July, 2005.

/s/ R. Austin Huffaker, Jr.
Of Counsel