IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY and C.H. KINSEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:05CV636-F |
| | ) |
| C. LANCE GOULD, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

For good cause, it is

ORDERED that the defendant's Motion For Extension of Time to Answer Complaint, filed on 22 July 2005, (Doc. # 6) be GRANTED.  The court has directed the plaintiffs to file an Amended Complaint on or before 28 July 2005 (See Doc. # 3).  Accordingly, it is further

ORDERED that the defendant's Answer shall be filed on or before 17 August 2005.

DONE this 25th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE