IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANIE L. KINSEY and C.H. KINSEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:05CV636-F |
| | ) | [WO] |
| C. LANCE GOULD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 13 July 2005, the court entered an order directing the plaintiffs to file an amended complaint on or before 28 July 2005 (Doc. # 3).  The plaintiffs filed their amended complaints on 27 July 2005.  Accordingly, it is

ORDERED that their motions to amend complaint, filed on 27 July 2005 (Docs. # 7, 8) are DENIED as moot.

DONE this 1st day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE