IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY and C.H. KINSEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 2:05-cv-636-F |
| | ) |
| C. LANCE GOULD, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT C. LANCE GOULD'S
## MOTION TO DISMISS

COMES NOW Defendant C. Lance Gould and, pursuant to Rule 12(b)(6), Fed. R. Civ. P., moves to dismiss the Complaint and Amended Complaint on the grounds that the Complaint and Amended Complaint fail to state a claim upon which relief can be granted. In support of this motion, this Defendant relies upon the Complaint, Amended Complaint, Memorandum Brief (separately filed), and the Fee Agreeent (attached hereto as **Exhibit A**). To the extent, this Defendant relies upon matters outside the face of the Complaint and Amended Complaint (namely, the Fee Agreement), this Defendant requests that this Motion be treated as one for summary judgment and disposed of as provided in Fed. R. Civ. P. 56.

WHEREFORE, Defendant C. Lance Gould respectfully requests dismissal of the Complaint and Amended Complaint.

/s/ R. Austin Huffaker, Jr.
    Bar Number: (ASB-3422-F55R)
Robert C. ("Mike") Brock
    Bar Number: (ASB-5280-B61R)

1

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:	rah2@rsjg.com
	rcb@rsjg.com

Attorneys for Defendant
C. LANCE GOULD

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

Janie L. Kinsey
C.H. Kinsey
420 County Road 250
Headland, AL 36345

by placing same in the United States Mail, postage prepaid and properly addressed on this the 17th day of August, 2005.

/s/ R. Austin Huffaker, Jr.
Of Counsel