IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANIE L. KINSEY and C.H. KINSEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV636-F |
| | ) | |
| C. LANCE GOULD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On 17 August 2005, the defendant, C. LANCE GOULD, filed a Motion to Dismiss the plaintiffs' complaint and amended complaint on the ground that they fail to state a claim upon which relief can be granted (Doc. # 11) and a supporting brief (Doc. # 12). Accordingly, it is ORDERED as follows:

1. On or before 12 September 2005, the plaintiffs shall show cause in writing why the motion should not be granted.

2. The motion will be deemed submitted as of that date and no further pleadings will be accepted by the court.

DONE this 18th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE