Jake Roosevelt Plaintiff

vs

C. Lance Goulds Defendant

Civ. Action # 1:05-CV-636-F

RECEIVED
2005 SEP -9 A 10:49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

I Jake Roosevelt Come Now to Show the Court why Case # 1:05-CV-636-F Should not be dismiss.

(1) Dare to the facts: In my complaint I asked the Court to grant me my relief. The word grant also means to possess, possess means Mr. Lance Gould are liable to us for these allegations he owe. This were stated in my essay (complaint)

(2) We know Mr. Gould has license in his career. He have guidelines he has to follow. Attorney for the Alabama State Bar. If the client is not a threat to the lawyer, he has no right on ground to with- draw, without a court order. This is another reason why on our behalf this case should not be dismiss. We was not a threat to him

We Was Co-operating with him until we Notify him that we wanted to go to Court with our case, so he refuse to Co-operate with us. I feel like this case should be dismiss the proof is here. Stated one thing and done another. how many people he do like this daily, tell them, they have a Choice to go to Court we receive a settlement. When a Client Refuse to go to Court he dismiss himself. it was and not right. and I am asking the Court not to dismiss this case please! because I stated the Claim in my complaint which mean showing the facts I have Presented the fact to the Court and God knows I have Stated the Claim beyond a reasonable doubt. the Proof has been Present. yes I label the Claims But take a look at the proof the fact supporting my Claim against the defendant

**STATEMENT**

and heir at law, who are proposed as his committees, and what annual sum is proposed to be allowed for his maintenance, etc. From the state of facts and the evidence adduced in support of it, the master frames his report. Elmer, Lun. 22; Pope, Lun. 79; Sweet.

**STATE OF THE CASE.** A narrative of the facts upon which the plaintiff relies, substituted for a more formal declaration, in suits in the inferior courts. The phrase is used in New Jersey.

**STATE PAPER OFFICE.** An office established in London in 1578 for the custody of state papers. The head of it was the "Clerk of the Papers."

**STATED.** Determined, fixed, or settled. In re McKeon's Estate, 227 Iowa 1050, 289 N.W. 915, 919.

### Stated Meeting

A meeting of a board of directors, board of officers, etc., held at the time appointed therefor by law, ordinance, by-law, or other regulation; as distinguished from "special" meetings, which are held on call as the occasion may arise, rather than at a regularly appointed time, and from adjourned meetings. See Zulich v. Bowman, 42 Pa. 87; Hanson v. Chicago, B. & Q. R. Co., 32 Wyo. 337, 232 P. 1101, 1104.

### Stated Term

A regular or ordinary term or session of a court for the dispatch of its general business, held at the time fixed by law or rule; as distinguished from a *special* term, held out of the due order or for the transaction of particular business.

### Stated Times

Occurring at regular intervals or given regularly; fixed, regular in operation or occurrence, not occasional or fluctuating. Zangerle v. State, 115 Ohio St. 168, 152 N.E. 658, 659.

**STATEMENT.** In a general sense, an allegation; a declaration of matters of fact. The term has come to be used of a variety of formal narratives of facts, required by law in various jurisdictions as the foundation of judicial or official proceedings and in a limited sense is a formal, exact, detailed presentation. Southern Surety Co. v. Schmidt, 117 Ohio St. 28, 158 N.E. 1, 3. For "False and Misleading Statement," and "Foreign Statement," see those titles.

**STATEMENT OF AFFAIRS.** In English bankruptcy practice, a bankrupt or debtor who has presented a petition for liquidation or composition must produce at the first meeting of creditors a statement of his affairs giving a list of his creditors, secured and unsecured, with the value of the securities, a list of bills discounted, and a statement of his property. Sweet.

**STATEMENT OF CLAIM.** A written or printed statement by the plaintiff in an action in the English high court, showing the facts on which he relies to support his claim against the defendant, and the relief which he claims. It is delivered to the defendant or his solicitor. The delivery of