November, 21-2005

Mr. C.H. Kinsey and Mrs. Janie L. Kinsey

    Plainf

V.

    C. Lance Gould

Dear Sir Or Madam I C.H. and Janie l. Kinsey comes now to file a objection. on November 14, 2005 i received your recommendation in finding there esome errors .in finding this court has no jurisdiction over our malpractice .this is mainly about violating our constitution rigtts ,the facts has been presented to the court ia also design in my -our complaint Goulds has violated our Fifth Amendment . we have a right not to be deprived of our liberty now this is a constitution right by Law, this is the reason why Goulds withdraw from our case. we are asking the court to serve juctice.

we also no that Goulds has violated Six Amendment by Law we have a right to a fair trail, this means we have a right to let the court a judge and a jury to hear our case, this is a constitution right violation and it is in this jurdiction we are asking the court to serve justice upon this violation.

we also no that Goulds violated our Fourteenth Amendment the constitution right gives us the right to be secured in their person, house, papers, and effect etc. Goulds has caused this violation and i -we are asking this ti serve justice. this is out of the State Court Jurisdiction i come asking the court please except our objection Goulds has violated all above

    Respectful Yours
    Mr. and Mrs C.H. Kinsey

*[signatures: Janie L. Kinsey / C.H. Kinsey]*