IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-636-WKW |
| ) | |
| C. LANCE GOULD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The plaintiff filed a Complaint (Doc. # 1) in this court on July 7, 2005. There is no evidence before the Court that defendants Citifinancial Associates, J. King or TranSouth were served with a summons and complaint.

Therefore, it is hereby ORDERED that the plaintiff shall show cause on or before May 8, 2006 why the claims against these defendants should not be dismissed pursuant to Fed. R. Civ. P. 4(m).

DONE this the 1st day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE