Case #2;05-CV-00636-WKW-VPN        Date 05-06-2006

RECEIVED

2006 MAY -9  A 9:22

Mr.and Mrs.C.H.Kinsey

420 co. rd.250

Headland,Alabama 36345

Untid

United Stated District Court

P.O. 711

Montgomery,Alabama381 01

Dear Sir ; C.H. Kinsey

I Janie Kinsey comes now to respect  your order
on July 7,2005 i file my complaint against  citifinancial,Transouth
Commercial credit,Associates, Kentucy and Mr.C.Lance Gould. my under-
standing the court served the defendant,s .there is a error in the com-
plaint,J.Kingthis is,not a company name iam so sorry for the errori i
mis-spelled the company name idraw a line then initial as J kinsey.
I am so sorry please forgive me i did,nt know i never sent  summons are a copy
of the complaint to never  one  .i am willing to  correct the mistake if i ,mm
orfg.

e Court request for us to lend address and nam so they
m be Serred and we did that my Understanly the
unt Serred them ,