complaint which specifically sets forth the following:

1. The names of all of the individuals and companies who violated their federal statutory or constitutional rights and a current mailing address where the individuals and companies can be served;

2. As to each such defendant:

   1. The federal statutes, federal regulations, or federal constitutional provisions which were violated;

   2. A description of all the actions which violated the plaintiffs' rights;

   3. The specific dates on which each violation occurred;

   4. The plaintiffs' specific relationship to each defendant (e.g., lawyer/client, etc.); and

   5. The amount of money lost, or the specific injury incurred, as a result of each violation.

3. Whether the plaintiffs have sought relief from any private or governmental agency, and if so, the name of the agency, the date of the claim, and the result of the investigation of the claim; and

4. The specific relief that the plaintiffs seek **against each defendant**, that is, the precise action that the plaintiffs wish for the court to take against each defendant in response to their complaint.

Unless the plaintiffs provide the foregoing information, this action may not proceed. The plaintiffs are advised that their failure to comply with this order could result in a

June 10, 2005

United State District Court Clerk
One Church Street.
Montgomery, Alabama 36104

Dear Madam,

I Janie Kinsey would like to file a complaint in this office: Citi-financial And my Attorney C. Lance Gould.

Details:

Mr. Gould was hired by me (Janie Kinsey) & Husband C.H. Kinsey) to investigate whether a lawsuit can brought against Citi-financial. August 5, 2004 he sent papers to us to sign to make a settlement with Citi-financial. My husband and I oppose the settlement see Attachments #1 August is when I realize this a Law suit, when they agree to make a settlement. He alisted to us very knowleable a lawsuit. Mr. Gould stated we have option take the settlement or proceed this case in court. We explain to him we prefer a case in this situation to the judge and jury. So he dismiss himself from our case see Attachment #2

Money Order enclose 250.00. Your assitance are highly appreciated by US. Thank you, Thank you have a bless DAY.

Respectful Yours
C.H. + Jane Kinsey

*Jane Kinsey*
*C. H. Kinsey*

These are the individual names and addresses
my lawyer

#2

Mr. C. Lance Gould
P.O. Box 4160
Montgomery, Alabama
        36103-2343

These are the Companies who violated my rights address

Associates Corporation LLC
2407 Montgomery Hwy Ste 1
Dothan, Alabama 36303-2651

HB

These are the companies who violated my rights
address

Commercial Credit Corporation LLC
2407 Montgomery HWY ste 1      #4
Dothan, Alabama 36303-2651

These are the Companies who violated my rights
addess

Transouth financial Corporation
2407 Montgomery Hwy Ste 1
Dothan, Alabama 36303-2651

#5

These are the Companies who violated my rights address:

Kentucky Finance Corporation LLC
2407 Montgomery Hwy Ste 1
Dothan, Alabama 36303-2651

x 6

These are the Companies who has violated my rights. address

Citifinancial Corporation LLC
2407 Montgomery Hwy Ste 1
Dothan, Alabama 36303-2651

#7