IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  CASE NO. 2:05-CV-636-WKW |
| | ) |
| C. LANCE GOULD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

In response to this Court's Order to show cause (Doc. # 20), plaintiffs filed an explanation (Doc. # 21) of their failure to serve the three remaining defendants in this case with a copy of the summons and complaint. Accordingly, it is ORDERED that:

1. The plaintiffs shall complete and file with the Court summonses for each of the three remaining defendants—Citifinancial Associates, J. King and TranSouth—on or before June 23, 2006. Failure to do so will result in dismissal of all claims in this case.

2. The Clerk has forwarded the appropriate summons form to the plaintiffs by correspondence dated July 7, 2005, a copy of which is annexed to this Order.

DONE this the 1st day of June, 2006.

　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 7, 2005

Mr. & Mrs. C.H. Kinsey
420 County Road 250
Headland, AL 36345

Re: Kinsey v. Gould et al
    Civil Action No. 2:05cv636-F

Dear Mr. Mr & Mrs. Kinsey:

The above-styled action was filed with this court on July 7, 2005. Pursuant to the Federal Rules of Civil Procedure, you have 120 days from the date of filing to serve the defendants. The defendants may be served by either personal service or by certified mail.

I am sending you blank summons forms for your convenience. You must furnish this office with two (2) summons for each party to be served in this case. In addition to summons for the named parties, envelopes addressed to the defendants with the proper postage for certified mail, return receipt requested.

If you have any further questions, please feel free to contact us.

Sincerely,

DEBRA P. HACKETT, CLERK

By: _____
Deputy Clerk