**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Citifinancial
   2407 Montgomery Hwy Ste
   Dothan AL 36303 ①

   2:05 CV 636-WKW

2. Article Number
   (Transfer from service label)    7005 0390 0003 0512 2739

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   SHAUN HAWTHORNE    6-5

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TranSouth
   2407 Montgomery Hwy, Ste 1
   Dothan, AL 36303-2651

   2:05 CV 636-WKW

2. Article Number
   (Transfer from service label)    7005 0390 0003 0512 2722

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   S HAWTHORNE    6-5

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes