IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY and C.H. KINSEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05CV636-MEF |
| | ) |
| C. LANCE GOULD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion to Quash and to Dismiss, filed by Citifinancial Corporation and TranSouth Financial Corporation on 7 August 2006 (Doc. # 28), and for good cause, it is

ORDERED that, on or before 25 August 2006, the plaintiffs shall file their written response to the motion with the Clerk of the court. With respect to the original complaint and the amended complaint, the plaintiff's response shall specifically discuss the method of service they used, the date of service, and the person upon whom service was executed. The plaintiffs are CAUTIONED that their failure to comply strictly with this order could lead to a Recommendation that their complaint be dismissed against the movants.

DONE this 10th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE