complaint which specifically sets forth the following:

1. The names of all of the individuals and companies who violated their federal statutory or constitutional rights and a current mailing address where the individuals and companies can be served;

2. As to each such defendant:

   1. The federal statutes, federal regulations, or federal constitutional provisions which were violated;

   2. A description of all the actions which violated the plaintiffs' rights;

   3. The specific dates on which each violation occurred;

   4. The plaintiffs' specific relationship to each defendant (e.g., lawyer/client, etc.); and

   5. The amount of money lost, or the specific injury incurred, as a result of each violation.

3. Whether the plaintiffs have sought relief from any private or governmental agency, and if so, the name of the agency, the date of the claim, and the result of the investigation of the claim; and

4. The specific relief that the plaintiffs seek **against each defendant**, that is, the precise action that the plaintiffs wish for the court to take against each defendant in response to their complaint.

Unless the plaintiffs provide the foregoing information, this action may not proceed. The plaintiffs are advised that their failure to comply with this order could result in a

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 2:05-CV-636-WKW |
| v. ) | |
| ) | |
| C. LANCE GOULD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiff filed a Complaint (Doc. # 1) in this court on July 7, 2005. There is no evidence before the Court that defendants Citifinancial Associates, J. King or TranSouth were served with a summons and complaint.

Therefore, it is hereby ORDERED that the plaintiff shall show cause on or before May 8, 2006 why the claims against these defendants should not be dismissed pursuant to Fed. R. Civ. P. 4(m).

DONE this the 1st day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

Case #2;05-CV-00636-WKW-VPN        Date 05-06-2006

Mr. and Mrs. C.H. Kinsey
420 co. rd. 250
Headland, Alabama 36345

Untid
United Stated District Court
P.O. 711
Montgomery, Alabama 381 01

Dear Sir ; C.H. Kinsey
I Janie Kinsey comes now to respect your order on July 7, 2005 i file my complaint against citifinancial, Transouth Commercial credit, Associates, Kentucy and Mr. C. Lance Gould. my understanding the court served the defendant,s. there is a error in the complaint, J. King this is, n# a company name iam so sorry for the error i mis-spelled the company name idraw a line then initial as J kinsey. I am so sorry please forgive me i did,nt know i never sent summons are a copy of the complaint to never one. i am willing to correct the mistake if i ,mm worng.

he Court request for us to send address and name so they can be served and we did that my understand the court served them.



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 2:05-CV-636-WKW |
| v. ) | |
| ) | |
| C. LANCE GOULD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In response to this Court's Order to show cause (Doc. # 20), plaintiffs filed an explanation (Doc. # 21) of their failure to serve the three remaining defendants in this case with a copy of the summons and complaint. Accordingly, it is ORDERED that:

1. The plaintiffs shall complete and file with the Court summonses for each of the three remaining defendants—Citifinancial Associates, J. King and TranSouth—on or before June 23, 2006. Failure to do so will result in dismissal of all claims in this case.

2. The Clerk has forwarded the appropriate summons form to the plaintiffs by correspondence dated July 7, 2005, a copy of which is annexed to this Order.

DONE this the 1st day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JANIE L. KINSEY and C.H. KINSEY, )
)
Plaintiffs, )
)
) CIVIL ACTION NO. 1:05CV636-WKW
v. )
)
C. LANCE GOULD, et al., )
)
Defendants. )

## ORDER

In this *pro se* case filed on 7 July 2005, the plaintiffs ["the Kinseys"] sued four defendants: C. Lance Gould, Citifinancial ["Citifinancial"] Associates, J. King ["King"], and TranSouth. The court dismissed C. Lance Gould as a defendant on 1 December 2005 (Doc. # 17). The summons and complaint were issued to Citifinancial and TranSouth on 27 June 2006 (Doc. # 23) and to King on 11 July 2006 (Doc. # 25).

On 29 June 2006, the Clerk received proof of service upon Citifinancial and TranSouth (Doc. # 24); their answers to the complaint were due on 18 July 2006. The summons and complaint issued to King were returned unexecuted with the following notation: "Return to Sender-Undeliverable as Addressed No Forwarding Order on File".

This case has already been pending for over one year, and the processing of the plaintiff's claims should now be expedited. Accordingly, it is

ORDERED that on or before 4 August 2006, Citifinancial and TranSouth shall show cause in writing why a default judgment should not be entered against them for their failure

to file an answer to the complaint within 20 days of service, as required by Rule 12(a) of the FED. R. CIV. PRO.[1] The defendants are CAUTIONED that their failure to comply with this order will lead to a default judgment. The court will make no further requests in an attempt to secure their responses.

DONE this 20th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The Summons served upon the defendants specifically advised them of the deadline for filing their Answers and cautioned that if they failed to do so, "judgment by default will be taken against you for the relief demanded in the complaint".