RECEIVED 14 August 2006

2006 AUG 21  A  2006 AUG 15  A 9:28

Mr. and Mrs. C.H. Kinsey
420 co. rd. 250
Headland, Alabama 36345

Case#205-cv-00636

M

U.S District Court
Alabama middle District

I *[signature]* Comes now to response to Citifinancial Motion:

1 - This case Shall not be Quash or Dismiss due to the fact Citifinancial fail to comply with order Rule 1 2 Fed R. Civ. Pro. refuse to answer to the 20 day timely, refuse to answer to 4 August 2006 order.

2 - The original complaint my understanding the court were to serve Defendant,s on May 8 2006 the court order me to show a cause i explained reason. were exceptable by court for Amended:

3 - Amended court order me to complete and file with the court summonses for each Citifinancial, Associates, Transouth, and kentucy finance on are before 6-23-2006 i timely answer.

4 - The summons and complaint were issued To Citifinancial and Transouth on 27-June 2006 on 29 June 2006 the clerk received Proof of service upon Citifinancial Transouth see Docket#24 .refuse to answer timely by the 18-July 2006 Shaun hawthorne is employee of Citifinancial it,s not the postal service or my response-ability what title Shaun Hawthorn holds with Citifinancill what matters I Know Proof they were serve with the summons and complaint.

i am asking the to not to Quash or Dismiss and
Court

1 4 August 2006

Case 2:05 cv-00636

consider their time has expired, God know,s we know,s they refuse act timely i,m asking the court to enter a judgment default.

Respectful
      your,s

## Certificate Of Service

I hereby certify that i have served a copy of the foregoing upon:

Burr and Forman LLP

Citifinancial -Attorney

3100 wachovia Tower

420 north 20th street

Birmingham, allabama 35203

by placing same in the United State Mail, Postage Paid and properly addressed on this the 1 9th day of August ,2006

*[signature]*

420 co rd 250

Headland, Alabama 36345