IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY and C.H. KINSEY, )<br>)<br>Plaintiffs, )<br>)<br>v.   )<br>)<br>C. LANCE GOULD, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:05-CV-636-WKW<br>WO |

# ORDER

On July 20, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation (Doc. # 27) be and is hereby ADOPTED;

2. That the claims against the defendant, J. KING, are hereby DISMISSED *without* prejudice; and

3. That this case is REFERRED back to the Magistrate Judge for further proceedings.

Done this the 22nd day of August, 2006.

　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE