IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY and | ) |
| C. H. KINSEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.  2:05cv636-WKW |
| | ) |
| C. LANCE GOULD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**SHOW CAUSE ORDER**

Upon consideration of the defendants' motion to compel arbitration and to dismiss, or in the alternative, to compel arbitration and stay proceedings (doc. # 35), it is

ORDERED that on or before November 21, 2006, the plaintiffs shall show cause why motion to compel arbitration and to dismiss, or in the alternative, to compel arbitration and stay proceedings (doc. # 35) should not be granted.  **The plaintiffs are advised that if they fail to respond to respond to this order with specificity, the court will treat their failure to respond as an abandonment of the claims set forth in the complaint.  The plaintiff is further cautioned that if they fail to file a response in accordance with the directives of this order, the court will recommend that this case be dismissed.**

Done this 6th day of November, 2006.

                                /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE