1 4 November 2006

Cicil Action No 2:05 cv636-WKW

Janie L.Kinsey and C.H.Kinsey

    Plaintiff

v.

    C.Lance Gould,et al.;

In The UnitedS States District Court

For The Middle District Of Alabama

Northern Division

I *[signature: Kinsey]* Comes now to Show Cause to the court why this motion shall not be granted: motion shall not be granted to compel arbitration motion shall not be granted to dismiss ,motion shall not be granted in the alternative ,to compel arbitration and stay proceeding.due to the Facts listed below and exhibits to show:

exhibit one:Citifinancial disrespect the court order on July 1 8-2006 to the summons and complaint see Doc@#24 refused to answer.

exhibit Two :Citifinancial disrespect the court order on August 4-2006 to Show acause in writting why this default judment shoud not be enterd they refused to answer timly.they 20 days expired and fail to comply with order ,the court made it clear to defedants WILL lead to a default judgment this is the reason no motion shall be granted,this court need to settle this case,need to continue proceeding in the United States District Court

the court also made it clear to the defendants they will no further request to in an attempt to secure their responses, this is the reason why their motion shall not be granted .

exhibit Three; On July 20-2006 the court file a Recommendation in this case to which no timly objection have been filed and the judge stated that the Recommendation be hereby ADOPTED this case need to be settled in the United States District Court, if they dis -respect this court order their is no way they-defendants, will respect me with an arbitration, this is the reason why the defendants motions shall not be .granted

Exhibit Four; the judge stated motion to Quash the summons and complain filed on 7 August 2006 be Denied this is the reason why the defendants motions not be granted, i ,m asking the court to please consider these exhibits

Respectful Your,s

Janie L. Kinsey and C.H. Kinsey

420 co.rd. 250

Headland, alabama 36345

Certification Of Service

I herby certify on November 14-2006 clerk of the court and served defendants first class untied state ,postage prepaid

Burr and Forman, LLP

3100 wachovia tower

420 north 20th street

Birmingham, Alabama 35203