| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C.H. Kinsey   ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>C.H. Kinsey   11-29-06<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| 1.<br>C. H. Kinsey<br>420 County Road 250<br>Headland, AL 36345<br><br>05-636 Show Cause Order 11-26-06 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0002 7929 4729 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-154 |