IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-636-WKW |
| ) | |
| C. LANCE COULD, ) | |
| LIFE & ACCIDENT INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

On December 18, 2006, the Magistrate Judge filed his Recommendation (Doc. # 47) suggesting that this case be dismissed for lack of subject matter jurisdiction. Plaintiff's timely Objection (Doc. # 48) was considered by the court. Upon an independent and *de novo* review of the file in this case, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 47) is ADOPTED; and

2. Plaintiff's objection (Doc. # 48) is OVERRULED;

An appropriate judgment will be entered.

DONE this 30th day of March, 2007.

                                        /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE