IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-636-WKW |
| ) | |
| C. LANCE COULD, ) | |
| LIFE & ACCIDENT INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED for want of subject matter jurisdiction.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of March, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE