United State District Court

Middle District Of alabama

Northern Division

RECEIVED

2007 APR 12 A 9:18

C.H.Kinsey and Janie L.Kinsey

VS

Citifiancial Loan Company

We comes Now to appeal the court decision on case 205-636 Dismissed for want of subject matter jurisdiction, appeal to 11th Circiut for review.

C.H. Kinsey
Janie Kinsey

Janie L. Kinsey and C.H. kinsey

420 co.rd.250

Headland, Alabama

36345

## Certification of Service

We hereby certify on april 11-2007 clerk of the court and served the defendant first class united state, mailed postage to:

Burr and Forman, LLP

31 00 wachovia Tower

420 north 20th street

Birmingham, alabama 35203

*[signatures: C.H. Kinsey, Janie Kinsey]*

