# United States Court of Appeals
## For the Eleventh Circuit



RECEIVED
2007 OCT 31 P 12: 18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

No. 07-11675

District Court Docket No.
05-00636-CV-W-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Sep 24, 2007

THOMAS K. KAHN
CLERK

JANIE L. KINSEY,
C. H. KINSEY,

                    Plaintiffs-Appellants,

versus

J. KING,

                    Defendants,

CITIFINANCIAL ASSOCIATES,
TRANSOUTH,
C. LANCE GOULD,

                    Defendants-Appellees.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
        Deputy Clerk
        Atlanta, Georgia

------------------------------------------------------------

Appeal from the United States District Court
for the Middle District of Alabama

------------------------------------------------------------

### JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
OCT 3 0 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:        September 24, 2007
For the Court:  Thomas K. Kahn, Clerk
By:             Jackson, Jarvis

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

2007 OCT 31 P 12: 18

October 30, 2007

For rules and forms visit
www.ca11.uscourts.gov

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-11675-FF**
Case Style: Janie L. Kinsey v. J. King
District Court Number: 05-00636 CV-W-N


The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original record on appeal or review, consisting of: two volumes

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.


    Sincerely,

    THOMAS K. KAHN, Clerk

    Reply To: James O. Delaney (404) 335-6113


Encl.

MDT-1 (06/2006)

RECEIVED

2007 OCT 31  P 12: 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

October 30, 2007

**Appeal Number: 07-11675-FF**
Case Style: Janie L. Kinsey v. J. King
District Court Number:  05-00636 CV-W-N

TO:    Debra P. Hackett

CC:    Janie L. Kinsey

CC:    C. H. Kinsey

CC:    Elizabeth Bosquet Shirley

CC:    Reid Stephens Manley

CC:    Robert Austin Huffaker, Jr.

CC:    Hon. Wallace  Capel Jr.

CC:    Administrative File