MOTION PROCEED WITH THE COMPLAINT –SUIT AGAINST CITIFINANCIAL,ASSOCIATES, COMMERCIAL CREDIT, KENTUCY FINANCIAL AND TRANSOUTH. *Lance C. Goul* RECEIVED

2008 APR 15 A 8: 32

DEBRA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATE DISTRICT COURT MIDDLE DISTRICT

DOCKET NUMBER 05-00636 CV

I *Jamie McKinsey* ----------comes now motion the court to continue the suit against these company list above the court appeals has remand this case back to this court to carry out these duties a mandate were issue commanding this suit to proceed this court has jurisdiction power to act .AJUDGED to render a judicial decision and judgment it is adjudge that we shall recover our damages . DECREED MERGER OF LAW AND EQUITY this is the final order disposing of our case at law but a decree in equity see mandate issue on OCT 30-2007 this court error by dismissing this case . onerous I permit this court to act on our behalf to compensate our relief .this court is order by the court appeal to enforce this ORDER,JUDGMENT,ADJUDGE AND DECREE SEE SEEMAN V.S.CLARK, 69 N.Y.S. 1002,60 APP.DIV.419; HORTON V.S. STATE ,63 NEB .34  88 N.W.146

A COPY HAS BEEN POSTAGE PAID IN THE UNITED STATE POSTAGE SERVICE ON THIS DATE APRIL 11 2007 TO EACH DEFENDANT CERTIFICATE OF MAIL