APPEAL NO.07-11675

DOCKET NO 05-00636

RECEIVED
2008 JUN 26 A 10: 24
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JANIE L.KINSEY
C.H.KINSEY                                    PLAINTIFF -APPELLANT


C.LANCE GOULD,CITIFIANCIAL,TRANSOUTH,
ASSOCIATES, KENTUCKY FINANCIAL.
AND COMMERCIAL CREDIT                         DEFENDANT-APPELLEE


GENERAL RULE OF PLEADING
RULE 8 a


MOTION DEMAND FOR RELIEF \ CLAIM FOR RELIEF

I _Janie Kinsey_ COMES NOW PLEADING SET FORTH A CLAIMS FOR MY RELIEF TO ASSERTION THAT I _Janie Kinsey_ IS ENTITLED TO TAKE ALL THE DEBTORS ESTATE THROUGH ADJUDICATION IT HAS BEEN AWARDED TO JUDICIALLY TO ME DUE TO THE FACTS NEGLIGENCE, FRAUD, TRESPASS, EXEMPLARY DAMAGES, PROPERTY LOSS, OPPRESSION,MALICE FRAUD -2-ACTUAL FRAUD, WANTON ACT, WANTON NEGLIGENCE, WANTON INJURY, MENTAL ANGUISH AND CONFIDENTIALITY.THIS IS MY MONEY AND I WANT IT IMMEDIATELY I HAS WAITED ALMOST A YEAR THIS STATEMENT IS SPOKEN WITH AUTHORITY  GIVE ME MY MONEY , GIVE ME MY MONEY , GIVE ME MY MONEY THIS IS A URGENT CALLL I _Janie Kinsey_ NEED MY MONEY THESE DEFENDANT ESTATES BELONGS TO ME _Janie Kinsey_ IT,S MIND IT MIND , IT,S MIND AND NOT THEIR ,S MIND MAKE MY ,CHECK PAYABLE TO ME AS SOON AS THIS CLAIM\DEMAND ARRIVE .

CHECK PAYABLE _Janie Kinsey_ 6/25/08
420 COUNTY ROAD 250
HEADLAND, ALABAMA 36345