APPEAL NO.07-11675

DOCKET NO 05-00636

JANIE L.KINSEY
C.H.KINSEY

PLAINTIFF -APPELLANT

C.LANCE GOULD,CITIFIANCIAL,TRANSOUTH,
ASSOCIATES, KENTUCKY FINANCIAL.
AND COMMERCIAL CREDIT

DEFENDANT-APPELLEE

GENERAL RULE OF PLEADING
RULE 8 a

MOTION DEMAND FOR RELIEF \ CLAIM FOR RELIEF

_C H Kinsey_ COMES NOW PLEADING SET FORTH A CLAIMS FOR MY RELIEF TO ASSERTION THAT I _C.H. Kinsey_ IS ENTITIED TO TAKE ALL THE DEBTORS ESTATE THROUGH ADJUDICATION IT HAS BEEN AWARDED TO JUDICIALLY TO ME DUE TO THE FACTS NEGLIGENCE, FRAUD, TRESPASS, EXEMPLARY DAMAGES, PROPERTY LOSS, OPPRESSION,MALICE FRAUD -2-ACTUAL FRAUD, WANTON ACT, WANTON NEGLIGENCE, WANTON INJURY, MENTAL ANGUISH AND CONFIDENTIALITY.THIS IS MY MONEY AND I WANT IT IMMEDIATELY I HAS WAITED ALMOST A YEAR THIS STATEMENT IS SPOKEN WITH AUTHORITY GIVE ME MY MONEY , GIVE ME MY MONEY , GIVE ME MY MONEY THIS IS A URGENT CALLL I _C.H. Kinsey_ NEED MY MONEY THESE DEFENDANT ESTATES BELONGS TO ME _C.H. Kinsey_ IT,S MIND IT MIND , IT,S MIND AND NOT THEIR ,S MIND MAKE MY ,CHECK PAYABLE TO ME AS SOON AS THIS CLAIM\DEMAND ARRIVE .

CHECK PAYABLE _C H Kinsey 6.25.08_
420 COUNTY ROAD 250
HEADLAND, ALABAMA 36345