IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANIE L. KINSEY, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:05-cv-0636-WKW |
| | ) |
| CITIFINANCIAL ASSOCIATES, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

Upon consideration of the "Motion Demand for Relief / Claim for Relief" filed by Janie L. Kinsey (Doc. # 58) and C.H. Kinsey (Doc. # 59), which the court construes as petitions for writs of execution, it is ORDERED that the petitions are DENIED. As previously explained (Doc. # 57), the plaintiffs' lawsuit was dismissed by this court for lack of jurisdiction and dismissal was upheld on appeal. The plaintiffs have no judgment upon which to execute.

DONE this 8th day of July, 2008.

                      /s/ W. Keith Watkins
                      UNITED STATES DISTRICT JUDGE